## SUPREME COURT

PEOPLE *ex rel.* FRANK R. SHERWIN agt. MICHAEL L. MEAD.

*Appeal to court of appeals — Stay of proceedings — Code of Civil Procedure, sections 2045, 2046, 2061, 2662 — How stay obtained under these sections.*

A relator for a *habeas corpus* who is remanded to custody on a bench warrant, and desires a stay under sections 2045, 2046, 2061, 2062 of the Code of Civil Procedure, pending an appeal to the court of appeals, must himself personally execute the recognizance within the jurisdiction of the court.

THE relator Sherwin appealed to the court of appeals and asked a stay pending the appeal. On presentation of the recognizance he had not signed it. Mr. Tremaine claimed the Code did not require that he should do so, and stated he was in London. Mr. Moak objected and claimed he was required to do so, and that when he did so he must be in this state within the jurisdiction of the court. Mr. justice BRADY, after holding the papers for several days for examination, decided: "I think, in this matter, that the relator must unite in the recognizance. He must be within the jurisdiction of this court to comply with its mandates in order to get this appeal perfected."

NOTE.— This is a further proceeding in *S. C.*, *ante*, *p.*41–50.